UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

HENRY SCOTT,

                    Petitioner

                                                DECISION AND ORDER

-vs-

                                                07-CV-6564 (CJS) (VEB)

NEW YORK STATE DEPARTMENT
OF CORRECTIONAL SERVICES,

                    Respondent

_____

        The Honorable Victor E. Bianchini, United States Magistrate Judge, having issued a Report and Recommendation [#6], recommending that this action be dismissed without prejudice at Petitioner's request, it is hereby

        ORDERED, that the Report and Recommendation [#6] is accepted and affirmed in all respects, and this action is dismissed without prejudice.

Dated:      Rochester, New York
               March 3, 2008

                                              ENTER:

                                              /s/ Charles J. Siragusa
                                              CHARLES J. SIRAGUSA
                                              United States District Judge